[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No.  21-11120
Non-Argument Calendar

_____

D.C. Docket Nos. 1:19-cr-00001-JRH-BKE-1,
1:18-cr-00055-JRH-BKE-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DARON LORENZO HALL,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

(September 21, 2021)

Before BRANCH, BRASHER and BLACK, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal waiver in Appellant's plea agreement is GRANTED.  *See United States v. Bushert*, 997 F.2d 1343, 1350-51 (11th Cir. 1993) (sentence appeal waiver will be enforced if it was made knowingly and voluntarily); *United States v. Bascomb*, 451 F.3d 1292, 1297 (11th Cir. 2006) (appeal waiver "cannot be vitiated or altered by comments the court makes during sentencing"); *United States v. Grinard-Henry*, 399 F.3d 1294, 1296 (11th Cir. 2005) (waiver of the right to appeal includes waiver of the right to appeal difficult or debatable legal issues or even blatant error); *Williams v. United States*, 396 F.3d 1340, 1342, 1342 n.2 (11th Cir. 2005) (a valid appeal waiver precludes claims except those challenging the validity of the plea or agreement itself).